_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

MARNI LENORA HILL YARRINGTON
JONATHAN SCOFIELD YARRINGTON
327 Delta Dr W
Hattiesburg, MS  39402

CHAPTER 13 PROCEEDING:
23-50921 KMS

SSN:  XXX-XX-6494

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

UNIVERSITY OF SOUTHERN MS
Attn:  Haley Baylis
118 College Dr #5133
Hattiesburg, MS  39406

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS  39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net