**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Marni Lenora Hill Yarrington**                      Case No. **23-50921-KMS**
**Jonathan Scofield Yarrington, Debtors**                      **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,135.00 | $8.88 | $2,143.88 | 20 | 08/14/2023 |
| $1,240.00 | $14.80 | $1,254.80 | 33 | 12/12/2023 |
| $463.50 | $28.10 | $491.60 | n/a | n/a |
| $3,838.50 | $51.78 | $3,890.28 | | |



# INVOICE

Invoice # 5053
Date: 07/15/2023
Due On: 08/14/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Marni Lenora Hill Yarrington and Jonathan Scofield Yarrington
327 Delta Dr W
Hattiesburg, MS 39402

## 04711-Yarrington Marni Lenora Hill Yarrington and Jonathan Scofield

## Ch 13 hourly - Marni & Jonathan

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | YM | 02/01/2023 | Conference w/ client - went over all documents needed, Gip paperwork | 0.30 | $100.00 | $30.00 |
| Service | JAC | 02/02/2023 | Review Credit Report and select debts to include/exclude | 0.20 | $350.00 | $70.00 |
| Service | YM | 02/02/2023 | Contact Debtor: Drafted email to client w/ credit report for client review | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/02/2023 | Review through bank statements for large purchases/deposits - very voluminous bank statements. Determine Missing bank account statements from transfers into/out of bank we have. Missing ΔH SS card, some Feb docs | 0.50 | $350.00 | $175.00 |
| Service | YM | 03/20/2023 | Review and organize tax returns | 0.10 | $100.00 | $10.00 |
| Service | YM | 03/27/2023 | Review and organize H pay and SS card | 0.10 | $100.00 | $10.00 |
| Service | YM | 03/28/2023 | Review and organize W-p/l and some of H-pay still waiting on H-BQ, venmo, and feb pay | 0.10 | $100.00 | $10.00 |
| Service | YM | 03/29/2023 | Review and organize H Business documents | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/03/2023 | Contact Debtor: drafted email for Dec-March venmo | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/05/2023 | Contact Debtor: Review and organize venmo and drafted an email to get March bank-ym | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | YM | 04/10/2023 | Contact Debtor: Drafted email to get March Bank | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/10/2023 | Review email and update tasks: Review and organize March bank | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/13/2023 | Review through missing information submitted by debtors | 0.20 | $350.00 | $70.00 |
| Service | YM | 04/14/2023 | Contact Debtor: Drafted email to Δ to get current pay | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/17/2023 | Review email from debtor: Review and organize H current pay | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/19/2023 | Contact Debtor: Drafted an email to keep sending in Pay and bank | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/25/2023 | prepare matrix for debtors to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 04/25/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.20 | $350.00 | $70.00 |
| Service | JAC | 04/25/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.70 | $350.00 | $245.00 |
| Service | JAC | 04/25/2023 | Draft email to debtor with bankruptcy options | 0.20 | $350.00 | $70.00 |
| Service | YM | 04/25/2023 | Contact Debtor: Drafted email to our client with Matrix attached and instructions to review | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/28/2023 | Review and respond to email from YM | 0.10 | $350.00 | $35.00 |
| Service | YM | 04/30/2023 | Review email from debtor: updated task with medical bills | 0.20 | $100.00 | $20.00 |
| Service | JAC | 05/01/2023 | Phone consultation with debtors reviewing plan payment, why they can't do a chapter 7, answering other questions. | 0.30 | $350.00 | $105.00 |
| Service | YM | 05/09/2023 | Contact Debtor: drafted and email to the client letting her know that we were ready for her signing but that she needed to get her taxes done before we could proceed. | 0.20 | $100.00 | $20.00 |
| Service | YM | 05/17/2023 | email correspondence with debtor about april pay and CCC | 0.20 | $100.00 | $20.00 |
| Service | YM | 05/30/2023 | Contact Debtor: Drafted email to get current pay | 0.20 | $100.00 | $20.00 |
| Service | KR | 06/05/2023 | Contact Debtor: Called debtor left message; drafted email and text about the | 0.10 | $150.00 | $15.00 |

| | | | missing pay and bank we still need | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/06/2023 | Review and organize documents provided by debtor: Reviewed and organized the profit/loss statements for both debtor and co-debtor. Reviewed a letter from debtor explaining why their income has decreased | 0.20 | $150.00 | $30.00 |
| Service | KR | 06/07/2023 | Review and organize documents provided by debtor: Reviewed emails from debtor with 2 months of statements for 3 accounts along with Profit/ Loss statements. Drafted email to debtor with the missing documents still needed to file | 0.20 | $150.00 | $30.00 |
| Service | KR | 06/09/2023 | Review email from debtor: Reviewed email from debtor with the profit loss statement for April and the Vemno transactions. Drafted email to debtor with the credit counseling course so we can proceed | 0.20 | $150.00 | $30.00 |
| Service | KR | 06/12/2023 | Review email from debtor: Reviewed email from debtor stating they have completed the credit counseling course. Drafted email to debtor letting her know that the course I see they have completed was in October; we need them to redo. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/26/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 06/26/2023 | Conference w/ client to review and sign initial papers | 0.50 | $350.00 | $175.00 |
| Service | KR | 06/28/2023 | Contact Debtor: Telephone conference with debtor about questions she had about her bankruptcy documents before she signs | 0.20 | $150.00 | $30.00 |
| Service | TR | 06/28/2023 | Conference w/ KR to brief me on client questions | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/28/2023 | Contact Debtor: Video conference with attorney about the income listed on form 122; Called debtor to explain or set up a meeting with the attorney; left message and drafted text to contact us | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/28/2023 | Contact Debtor: Telephone conference with debtor about the totals on I/J and form 122 C she understood; will sign the document today around 4:30 when she has wifi.-kr | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/29/2023 | Contact Debtor: Drafted email to the debtor with their case number | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/29/2023 | Contact Debtor: Drafted email to both debtor's with their case number, plan payment information; | 0.10 | $150.00 | $15.00 |

Invoice # 5053 - 07/15/2023

| Service | TR | 07/01/2023 | Review: 23-50921-KMS Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
|---------|-----|-----------|------------------------------------------------------------------|------|---------|--------|
| Service | JAC | 07/05/2023 | Mail Plan - Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $350.00 | $70.00 |
| Expense | YM | 07/05/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $8.88 | $8.88 |
| Service | KR | 07/06/2023 | Review email from debtor: Reviewed email from debtor about her plan payments | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/06/2023 | Review: 23-50921-KMS Order Upon Employer Directing Deductions from Pay Document #12 | 0.10 | $350.00 | $35.00 |
| Service | KR | 07/07/2023 | Contact Debtor: Called debtor left message; drafted email to debtor about why/if their plan payments could increase along with who to send their plan payments to | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/07/2023 | Review: Proof of Claim 23-50921-KMS Discover Bank Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | KR | 07/12/2023 | Contact Debtor: Telephone conference with debtor; discussed why and if there is a possibility of their payments increasing | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/12/2023 | Review and organize documents provided by debtor: Reviewed all documents submitted from debtor; organized ID, statements for 6 accounts; 2021, 2022 taxes with over 100 pages for each tax year, pay from 3 different jobs. Telephone conference with debtor going over the documents we had on file already and what we are missing for the Trustee for the meeting of creditors | 0.80 | $150.00 | $120.00 |
| Service | TR | 07/15/2023 | Review and revise itemizations | 0.30 | $350.00 | $105.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|-------------|----------|----------|------|-------|
| Jennifer Curry Calvillo | | Attorney | 2.9 | $350.00 | $1,015.00 |
| Thomas Rollins | | Attorney | 1.3 | $350.00 | $455.00 |
| Yvette Miller | | Non-Attorney | 2.9 | $100.00 | $290.00 |
| Kerri Rodabough | | Non-Attorney | 2.5 | $150.00 | $375.00 |
| | | | | **Total** | **$2,143.88** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5053 | 08/14/2023 | $2,143.88 | $0.00 | $2,143.88 |
| | | | **Outstanding Balance** | **$2,143.88** |
| | | | **Total Amount Outstanding** | **$2,143.88** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5628
Date: 11/17/2023
Due On: 12/17/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Marni Lenora Hill Yarrington and Jonathan Scofield Yarrington
327 Delta Dr W
Hattiesburg, MS 39402

## 04711-Yarrington Marni Lenora Hill Yarrington and Jonathan Scofield

## Ch 13 hourly - Marni & Jonathan

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 07/15/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BI | 07/17/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $14.80 | $14.80 |
| Service | TR | 07/17/2023 | Review COS, attach to application and file w/ Court | 0.10 | $350.00 | $35.00 |
| Service | KR | 07/18/2023 | Review and organize documents provided by debtor: Reviewed emails from debtor with June Bank statements for 5 accounts and June pay for both debtors. Drafted email to the Trustee office with the remaining documents they requested for the Meeting of Creditors. | 0.30 | $150.00 | $45.00 |
| Service | KR | 07/18/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - Payment Advices Filed with Trustee | 0.10 | $150.00 | $15.00 |
| Service | JAC | 07/24/2023 | Ch 13 Meeting of Creditors | 0.40 | $350.00 | $140.00 |
| Service | TR | 07/25/2023 | Review: 23-50921-KMS Personal Financial Management Course (Certificate) Document# 17 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/04/2023 | Review: 23-50921-KMS Trustee's Objection to Confirmation of Plan Document# 19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/08/2023 | Review: Proof of Claim 23-50921-KMS Wells Fargo Bank, N.A. Document # 2 | 0.10 | $350.00 | $35.00 |

| Service | KR | 08/08/2023 | Review email from debtor: Reviewed email from debtor with the 2nd credit counseling course certificates; reviewed court docket and both have completed; drafted email to debtor letting her know that the certificates have been filed. | 0.10 | $150.00 | $15.00 |
|---------|----|-----------|------|------|---------|--------|
| Service | KR | 08/08/2023 | Contact Debtor: Reviewed all bank statements for 4 accounts; called debtor left message and drafted email with the 3 missing statements needed for July and the itemized list of guns with value for the Trustee. | 0.30 | $150.00 | $45.00 |
| Service | KR | 08/11/2023 | Review email from debtor: Reviewed email from debtor with two Wells Fargo statements; drafted email to debtor letting her know that we are missing the Venmo for July and the P/L for July | 0.20 | $150.00 | $30.00 |
| Service | TR | 08/14/2023 | Review: 23-50921-KMS Order on Application for Compensation Document #20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/16/2023 | Review file to check on status of documents requested by the TT - KR is still working on getting the documents | 0.10 | $350.00 | $35.00 |
| Service | KR | 08/16/2023 | Review email from debtor: Reviewed email from debtor with no documents for the profit loss sheet or Venmo for July; telephone conference with debtor; she is going to resend she thought it was attached but emailed it a different way than before; her child is sick but when she gets home she will resend it to me | 0.10 | $150.00 | $15.00 |
| Service | KR | 08/17/2023 | Contact Debtor: Telephone conference with debtor about the missing bank statements; reviewed what we had and what we needed since the Trustee filed the Objection. She will get with her husband tonight and sit him down to get his Venmo; she will email me the Paypal also | 0.20 | $150.00 | $30.00 |
| Service | TR | 08/18/2023 | Review file re: status of bank statements and other issues in Objection - draft email to David Rawlings with update and requesting a continuance | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/22/2023 | Review: 23-50921-KMS Minute Entry (CHAP) Document# 22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/22/2023 | Review: 23-50921-KMS Order Setting, Resetting, or Continuing a Hearing Document #23 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/22/2023 | Review email from TT re: value of vehicles (obj to conf) | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/22/2023 | Draft email to David Rawlings re: value of vehicles - includes NADA reports | 0.10 | $350.00 | $35.00 |
| Service | KR | 08/29/2023 | Review email from debtor: Reviewed email from debtor about the resetting her hearing for the confirming of her plan. | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/29/2023 | Review file and draft email to TT re: settling objection to confirmation | 0.10 | $350.00 | $35.00 |
| Service | KR | 08/30/2023 | Contact Debtor: Telephone conference with debtor letting her know that she did not have to attend any hearings that she receives notices for unless contacted by our office; that the attorney will handle this and will settle before the hearing date; that the reset hearing notice she received in the mail has already been settled. | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/08/2023 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/08/2023 | Review: Proof of Claim 23-50921-KMS Jefferson Capital Systems, LLC Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/08/2023 | Review: Proof of Claim 23-50921-KMS Ashley Funding Services, LLC Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/15/2023 | Review: 23-50921-KMS Minute Entry (CHAP) Document# 25 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/26/2023 | Review and sign confirmation order via email | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: 23-50921-KMS Order Confirming Chapter 13 Plan Document #28 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: 23-50921-KMS Order on Objection to Confirmation Document #26 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/17/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.4 | $350.00 | $140.00 |
| Thomas Rollins | | Attorney | 2.5 | $350.00 | $875.00 |
| Kerri Rodabough | | Non-Attorney | 1.5 | $150.00 | $225.00 |

| | **Total** | **$1,254.80** |
|---|---|---|

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5053 | 08/14/2023 | $2,143.88 | $0.00 | $2,143.88 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5628 | 12/17/2023 | $1,254.80 | $0.00 | $1,254.80 |
| | | | **Outstanding Balance** | **$3,398.68** |
| | | | **Total Amount Outstanding** | **$3,398.68** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 9166
Date: 06/24/2026
Due On: 07/24/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Marni Lenora Hill Yarrington and Jonathan Scofield Yarrington

## 04711-Yarrington Marni Lenora Hill Yarrington and Jonathan Scofield

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 11/17/2023 | Draft 2nd application for compensation, notice and proposed order | 0.30 | $350.00 | $105.00 |
| Service | JC | 11/17/2023 | Reviewed memo from TR with attached Notice, Application for Compensation, Proposed Order, and Invoice; prepared Notice with Application and Invoice for upload to COS. | 0.10 | $150.00 | $15.00 |
| Service | JC | 11/17/2023 | Reviewed Declaration of Mailing from COS and prepared 21 Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/27/2023 | Contact Debtor (Text/Email): Telephone conference with debtor; he has received the notice for application for compensation in the mail from the courts; he wanted to know if he had to pay this directly to us explained he will receive those notices in the mail; they are for his records only; the attorney fees are included in his plan | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/13/2023 | Review: 23-50921-KMS Order on Application for Compensation Document #33 | 0.10 | $350.00 | $35.00 |
| Service | CO | 01/29/2026 | Incoming Call: Phone conference with debtor with questions about a summary they received from their | 0.10 | $100.00 | $10.00 |

Invoice # 9166 - 06/24/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | trustee. Drafted text to debtor with KR's email address to forward the letter she received from her trustee and her questions. | | | |
| Service | KR | 04/13/2026 | Reviewed message from debtor requesting a call back regarding her final payment; reviewed the Trustee website to review all payments; phone conference with debtor explaining that her plan payments are current right now and she has 2 payments after this month left; explained the discharge process and confirmed 2nd course has been completed | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/10/2026 | Review: 23-50921-KMS Release of Wages Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/18/2026 | Contact Debtor (Text/Email): Drafted Entry for Discharge; drafted email to debtors with the Entry for Discharge to review and sign | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/23/2026 | Reviewed signed Entry of Discharge from debtors; revised Discharge with all dates and signatures; prepared the Entry for Discharge for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/23/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Entry for Discharge with the Declaration of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/24/2026 | Reviewed court docket for all previous orders and invoices for Applications; reviewed the Trustee's website to verify the amount of attorney fees paid; drafted Final Application for Compensation | 0.70 | $155.00 | $108.50 |
| | | | | **Services Subtotal** | | **$463.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/17/2023 | Mailing Expense (certificateofservice.com) | 1.00 | $15.72 | $15.72 |
| Expense | 06/23/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $12.38 | $12.38 |
| | | | **Expenses Subtotal** | | **$28.10** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | | Attorney | 0.4 | $350.00 | $140.00 |
| Jacki Curry | | Non-Attorney | 0.2 | $150.00 | $30.00 |
| Clara Ortega | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 1.5 | $155.00 | $232.50 |
| Kerri Rodabough | | Non-Attorney | 0.1 | $150.00 | $15.00 |
| | | | | **Subtotal** | **$491.60** |
| | | | | **Total** | **$491.60** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5053 | 08/14/2023 | $2,143.88 | $0.00 | $2,143.88 |
| 5628 | 12/17/2023 | $1,254.80 | $0.00 | $1,254.80 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9166 | 07/24/2026 | $491.60 | $0.00 | $491.60 |
| | | | **Outstanding Balance** | **$3,890.28** |
| | | | **Total Amount Outstanding** | **$3,890.28** |